IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| De MARQUIS SILLEMON,| |
| Plaintiff, | CV F 07 0987 LJO WMW PC |
| vs. | ORDER RE MOTION (DOC 6) |
| G. RODREGEZ, | |
| Defendant. | |

Plaintiff has filed a motion requesting that he be allowed to attend all court hearings. This is a pro se prisoner civil rights action brought by Plaintiff. Pursuant to Local Rule 78-230(m), all pretrial matters, including dispositive motions, will be submitted on the pleadings. At such time a trial date is set, the Court will issue appropriate orders for the attendance of Plaintiff at trial.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to attend all court hearings is denied.

IT IS SO ORDERED.

**Dated:   February 20, 2008**          /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

1