IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

De MARQUIS SILLEMON,

    Plaintiff,                                  CV F 07 0987 LJO WMW PC

    vs.                                           ORDER RE: FINDINGS & RECOMMENDATIONS (#19)

G. RODREGEZ,

    Defendant.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On April 15, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. On May 16, 2008, plaintiff filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

        Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 31, 2004, are adopted in full; and

2. This action is dismissed for failure to state a claim upon which relief can be granted. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:     July 1, 2008**                                                     /s/ Lawrence J. O'Neill
                                                                                                 UNITED STATES DISTRICT JUDGE